IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GUY M. DOMAI,<br><br>                Plaintiff,<br>v.<br><br>DAN AHLEEN; FNU FISHER; and GATEWAY,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-00564-DN-EJF<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Evelyn J. Furse on March 27, 2017, recommends that Plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted, and that Plaintiff be granted leave to file an amended complaint within thirty days.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed written objections to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and

IT IS HEREBY ORDERED that the Report and Recommendation[2] is ADOPTED.

---

[1] Report and Recommendation re: Defendants' Motion to Dismiss ("Report and Recommendation"), docket no. 17, entered Mar. 27, 2017.

[2] *Id*.

IT IS FURTHER HEREBY ORDERED that Plaintiff must file an amended complaint by no later than June 5, 2017. Failure of Plaintiff to file an amended complaint by June 5, 2017, will result in the entry of judgment in favor of Defendants and closure of the case.

Signed May 4, 2017.

BY THE COURT

_____
District Judge David Nuffer