# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GUY M. DOMAI,<br><br>                Plaintiff,<br><br>v.<br><br>DAN AHLEEN, et al.,<br><br>                Defendants. | **MEMORANDUM DECISION AND ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**<br><br>Case No. 2:15-cv-00564-DN-BCW<br><br>District Judge David Nuffer |

Plaintiff seeks leave to appeal *in forma pauperis*[1] the Memorandum Decision and Order Adopting Report and Recommendation,[2] which dismissed his Amended Civil Rights Complaint.[3]

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."[4]

Plaintiff's appeal presents no substantial question for review, and there is no reasonable basis for Plaintiff's claims of alleged error. Plaintiff's appeal is also untimely. Therefore, it is certified that Plaintiff's appeal is not taken in good faith.

---

[1] Notice of Appeal, docket no. 42, filed June 4, 2018; Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"), docket no. 44, filed June 4, 2018.

[2] Docket no. 39, filed May 2, 2018.

[3] Docket no. 21, filed June 5, 2017.

[4] 28 U.S.C. § 1915(a)(3).

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Application[5] is DENIED.

Signed June 8, 2018.

BY THE COURT

_____
District Judge David Nuffer

---

[5] Docket no. 44, filed June 4, 2018.